**No. 46168.**—Protests 31235–K of N. Y. Merchandise Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the tape measures are chiefly used in the household for utilitarian purposes. Following Abstract 43372 the claim at 40 percent under paragraph 339 as household utensils was therefore sustained. In accordance with stipulation of counsel that the dime savings banks in question are in chief value of metal and similar to those the subject of Abstract 42749 the claim as hollow ware at 40 percent under paragraph 339 was sustained.

**No. 46169.**—Protest 863845–G of Ritter Carlton Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the pencil sharpeners in question are similar to those the subject of Abstract 41633 the claim at 40 percent under paragraph 339 was sustained.

**No. 46170.**—Protests 29850–K, etc., of Reginald G. Norton et al. (Boston).

Opinion by DALLINGER, J. An examination of the papers disclosing no reason for disturbing the collector's decision, the protests were dismissed following the authorities cited in Abstract 15400.

JULY 15, 1941

**No. 46171.**— Protest 4040–K of James G. Hardy & Co. Abstract 46122. Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, JULY 18, 1941

**No. 46172.**—Protests 64391–K, etc., of N. S. Meyer, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the claim at 40 percent under paragraph 385 was sustained.